EDWARD W. LUKAS, JR., State Bar No. 155214
HARRINGTON, FOXX, DUBROW & CANTER, LLP
535 N. Brand Blvd. Suite 800
Glendale, California 91203
Telephone (213) 489-3222
Facsimile (213) 623-7929
E-mail: elukas@hfdclaw.com


GLENN E. FORBIS (*Pro Hac Vice pending*)
JEREMIAH J. FOLEY (*Pro Hac Vice pending*)
HARNESS, DICKEY & PIERCE, PLC
5445 Corporate Drive, Suite 200
Troy, MI 48098
Telephone: (248) 641-1600
Email: gforbis@harnessip.com
       jfoley@harnessip.com

Attorneys for Plaintiff DASSAULT SYSTÈMES
SOLIDWORKS CORPORATION

## IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DASSAULT SYSTÈMES SOLIDWORKS CORPORATION, | CASE NO. '25CV2831 H   KSC |
| Plaintiff, | |
| - v.- | **COMPLAINT AND JURY DEMAND** |
| ALBERTO GILLI CONSULTING, LLC d/b/a AGC AUTOMATION, MOBILE AUTOMATION & CONTROLS, INC., and ALBERTO GILLI, | |
| Defendants. | |

Plaintiff Dassault Systèmes SolidWorks Corporation ("DS SolidWorks") by its undersigned counsel as and for its Complaint against Defendants ALBERTO GILLI

CONSULTING, LLC doing business as AGC Automation ("AGC Automation"), MOBILE AUTOMATION & CONTROLS, INC. ("Mobile Automation & Controls") , and ALBERTO GILLI ("Gilli"), (collectively "Defendants") hereby allege as follows:

## NATURE OF THE ACTION

1.    This is a copyright infringement, circumvention of technological measures, and Massachusetts Common Law breach of contract action arising out of Defendants' unauthorized and willful use and copying of DS SolidWorks' SOLIDWORKS software package.

## THE PARTIES

2.    Plaintiff DS SolidWorks is a Delaware corporation, having a principal place of business at 175 Wyman Street, Waltham, MA 02451.

3.    On information and belief, Defendant Alberto Gilli Consulting, LLC. is a California Limited Liability Company doing business as AGC Automation and having a registered principal place of business at 760 Bahia, San Marcos, California 92069.

4.    On information and belief, Defendant Mobile Automation & Controls is a California Corporation having a registered principal place of business at 5670 El Camino Real, Suite C, Carlsbad, California 92008.

4.    On information and belief, Defendant Alberto Gilli is an adult individual working as the President of AGC Automation and the Director and CEO of Mobile Automation & Controls, Inc and residing at 7408 Sitio Lima, Carlsbad, California 92009.

## JURISDICTION AND VENUE

5.    This action arises under 17 U.S.C. § 101 et seq. for Defendants' infringement of copyrights owned by DS SolidWorks and for Defendants' circumvention of technical measures used to control access to DS SolidWorks SOLIDWORKS software packages and under state law for breach of contract between Defendants and DS SolidWorks.

6.      This Court has subject matter jurisdiction over these copyright infringement and circumvention claims pursuant to 28 U.S.C. §§ 1331, 1332(a), and 1338(a). This Court has subject matter jurisdiction over the state law claim pursuant to 28 U.S.C. §1367(a).

7.      This Court has personal jurisdiction over Defendant AGC Automation because, among other things, AGC Automation resides in and conducts business in California and in this District.

8.      This Court has personal jurisdiction over Defendant Mobile Automation & Controls because, among other things, Mobile Automation & Controls resides in and conducts business in California and in this District.

9.      This Court has personal jurisdiction over Defendant Gilli because, among other things, Gilli resides in and conducts business in California and in this District and this case relates to his business activity in California and in this district, and this case relates to his actions in California and in this district.

10.     Venue is proper in this District pursuant to 28 U.S.C. §§ 1391(b)(1), 1391(b)(2), 1391(c)(2), and 1400(a).

## BACKGROUND
### DS SolidWorks and the Copyrighted Works

11.     DS SolidWorks is the creator, author, and owner of the software code for the SOLIDWORKS software package, which is a computer-aided design ("CAD") software package.

12.     DS SolidWorks has created, authored, and is the owner of various "releases" of SOLIDWORKS, each building upon the prior release.

13.     DS SolidWorks owns many copyright registrations for the SOLIDWORKS software package, including the registrations in Table 1 below, also attached as Exhibit 1, hereto.

| Registration Number | Registration Name |
|---|---|
| TX 0005225647 | SolidWorks 2000 |
| TX 0005666476 | SOLIDWORKS 2001 PLUS |
| TX 0005725523 | SOLIDWORKS 2003 |
| TX 0008443820 | SOLIDWORKS 2017 |
| TX000885576 | SOLIDWORKS 2020 |
| TX0009074914 | SOLIDWORKS 2022 |

Table 1

**Detection of Infringement by Defendants**

14.    The SOLIDWORKS software incorporates detection and monitoring technology that detects and identifies use of unlicensed and unauthorized copies of the SOLIDWORKS software and transmits identifying data to DS SolidWorks over the internet when such unauthorized uses occur.

15.    Through its monitoring technology, DS SolidWorks detected at least 136 uses of unlicensed and unauthorized copies of the SOLIDWORKS software on at least four computers having Media Access Control ("MAC") addresses as shown below in Table 2 (the "Computers").

| Computer | MAC Address |
|---|---|
| 1 | 80fa5b1376e9 |
| 2 | 80fa5b1376e8 7429af333a03 |
| 3 | 8c04ba0fd042 8c04ba75daf2 d0abd5e4db8f |
| 4 | 001c422a31fb |

Table 2

***Computer 1***

16.    Through its monitoring technology, DS SolidWorks detected that at least two of the 136 identified uses of unlicensed and unauthorized copies of the SOLIDWORKS software occurred on Computer 1.

17. Through its monitoring technology, DS SolidWorks detected the email domain "agcautomation.com" on Computer 1.

18. "agcautomation.com" is the internet domain name for AGC Automation.

19. Alberto Gilli Consulting, LLC, operates under the fictitious business name "AGC Automation."

20. Through its monitoring technology, DS SolidWorks detected the redacted username "be**" on Computer 1.

21. Upon information and belief, the username on Computer 1 is "beto."

22. A common nickname for Alberto is "Beto."

23. Alberto is Defendant Gilli's legal first name.

24. Defendant Gilli owns Computer 1.

25. Defendant Gilli used Computer 1.

26. Gilli used unauthorized and unlicensed copies of the SOLIDWORKS software on Computer 1.

27. Gilli used unauthorized and unlicensed copies of the SOLIDWORKS software on Computer 1 to do work for AGC Automation and/or Mobile Automation & Controls.

***Computer 2***

28. Through its monitoring technology, DS SolidWorks detected that at least thirteen of the 136 identified uses of unlicensed and unauthorized copies of the SOLIDWORKS software occurred on Computer 2.

29. Through its monitoring technology, DS SolidWorks detected Wi-Fi geolocation data showing that at least three of the above-identified uses of unauthorized and unlicensed copies of the SOLIDWORKS software occurred while Computer 2 was physically located at 5670 El Camino Real, Suite C, Carlsbad, California 92008.

30. Mobile Automation & Controls. operates out of 5670 El Camino Real, Suite C, Carlsbad, California 92008.

31. Unauthorized and unlicensed copies of the SOLIDWORKS software were used on Computer 2 at Defendant Mobile Automation & Controls' location.

32.    Through its monitoring technology, DS SolidWorks detected Wi-Fi geolocation data showing that at least one of the above-identified uses of unauthorized and unlicensed copies of the SOLIDWORKS software occurred while Computer 2 was physically located at 5671 Palmer Way, Suite K, Carlsbad, California 92010.

33.    ACG Automation previously submitted a marketing request to DS SolidWorks using the address 5671 Palmer Way, Suite K, Carlsbad 92010.

34.    Upon information and belief, AGC Automation previously operated out of 5671 Palmer Way, Suite K, Carlsbad, California 92010.

35.    Unauthorized and unlicensed use of the SOLIDWORKS software on Computer 2 occurred at AGC Automation's previous location.

36.    Through its monitoring technology, DS SolidWorks detected the email domain "agcautomation.com" on Computer 2.

37.    "agcautomation.com" is the internet domain name for AGC Automation.

38.    Through its monitoring technology, DS SolidWorks detected that at least two of the above-identified uses of unauthorized and unlicensed copies of the SOLIDWORKS software occurred while Computer 2 was physically located at 7408 Sitio Lima, Carlsbad, California, 92009.

39.    Defendant Gilli resides at 7408 Sitio Lima, Carlsbad, California, 92009.

40.    Unauthorized and unlicensed copies of the SOLIDWORKS software were used on Computer 2 at Defendant Gilli's residence.

41.    Through its monitoring technology, DS SolidWorks detected the redacted username "be**" on Computer 2.

42.    Upon information and belief, the username on Computer 2 is "beto."

43.    A common nickname for Alberto is "Beto."

44.    Alberto is Defendant Gilli's legal first name.

45.    Defendant Gilli owns Computer 2.

46.    Defendant Gilli used Computer 2.

47.    Gilli used unauthorized and unlicensed copies of the SOLIDWORKS software on Computer 2.

48.    Unauthorized and unlicensed copies of the SOLIDWORKS software on Computer 2 to do work for AGC Automation and/or Mobile Automation & Controls.

***Computer 3***

49.    Through its monitoring technology, DS SolidWorks detected that at least 115 of the 136 identified uses of unlicensed and unauthorized copies of the SOLIDWORKS software occurred on Computer 3.

50.    Through its monitoring technology, DS SolidWorks detected Wi-Fi geolocation data showing that at least 45 of the above-identified uses of unauthorized and unlicensed copies of the SOLIDWORKS software occurred while Computer 3 was physically located at 7408 Sitio Lima, Carlsbad, California 92009.

51.    Defendant Gilli resides at 7408 Sitio Lima, Carlsbad, California 92009.

52.    Unauthorized and unlicensed copies of the SOLIDWORKS software were used on Computer 3 at Defendant Gilli's residence.

53.    Through its monitoring technology, DS SolidWorks detected Wi-Fi geolocation data showing that at least 8 of the above-identified uses of unauthorized and unlicensed copies of the SOLIDWORKS software occurred while Computer 3 was physically located at 988 South Andreasen Drive, Suite A, Escondido, California 92029.

54.    AGC Automation operates out of 988 South Andreasen Drive, Suite A, California 92029.

55.    Unauthorized and unlicensed use of the SOLIDWORKS software on Computer 3 occurred at AGC Automation's location.

56.    Through its monitoring technology, DS SolidWorks detected the email address "alberto@agcautomation.com" on Computer 3.

57.    Alberto is Defendant Gilli's legal first name.

58.    "agcautomation.com" is the internet domain name for AGC Automation.

59. Gilli uses the email address "alberto@agcautomation.com" to send and receive emails.

60. Through its monitoring technology, DS SolidWorks detected the username "beto" on Computer 3.

61. "Beto" is a common nickname for Alberto.

62. Alberto is Defendant Gilli's legal first name.

63. Gilli owns Computer 3.

64. Gilli used Computer 3.

65. Gilli used unauthorized and unlicensed copies of the SOLIDWORKS software on Computer 3.

66. Gilli used unauthorized and unlicensed copies of the SOLIDWORKS software on Computer 3 to do work for AGC Automation and/or Mobile Automation & Controls.

***Computer 4***

67. Through its monitoring technology, DS SolidWorks detected that at least six of the 136 identified uses of unlicensed and unauthorized copies of the SOLIDWORKS software occurred on Computer 4.

68. Through its monitoring technology, DS SolidWorks detected Wi-Fi geolocation data showing that all six of the above-identified uses of unauthorized and unlicensed copies of the SOLIDWORKS software occurred while Computer 4 was physically located at 7409 Sitio Lima, Carlsbad, California 92009.

69. Defendant Gilli resides at 7409 Sitio Lima, Carlsbad, California 92009.

70. Unauthorized and unlicensed copies of the SOLIDWORKS software were used at Defendant Gilli's residence.

71. Gilli used Computer 4.

72. Gilli used unauthorized and unlicensed copies of the SOLIDWORKS software on Computer 4.

73. Gilli used unauthorized and unlicensed copies of the SOLIDWORKS software on Computer 4 to do work for AGC Automation and/or Mobile Automation & Controls.

**Infringement, Circumvention, and Breach by AGC Automation, Mobile Automation & Controls and Alberto Gilli**

74. Upon information and belief, the Computers are owned by at least one of AGC Automation, Mobile Automation & Controls, and/or Gilli.

75. As described on its website, AGC Automation indicates that it "utilize[s] state of the art technologies for design and programming," that they "can design equipment to [customer] specifications," and that they "are experienced in mechanical design, electrical and software engineering." *See* https://agcautomation.com/.

76. Upon information and belief, AGC Automation financially benefits from the use of DS SolidWorks' SOLIDWORKS software packages.

77. Upon information and belief, Mobile Automation & Controls, Inc. financially benefits from the use of DS SolidWorks' SOLIDWORKS software packages.

78. Upon information and belief, Gilli financially benefits from the use of DS SolidWorks' SOLIDWORKS software packages.

79. Upon information and belief, the Computers have been used by at least one of employees of AGC Automation, employees of Mobile Automation & Controls, Gilli, and/or persons under the control of AGC Automation, Mobile Automation & Controls, or Gilli.

80. Upon information and belief, at least one of employees of AGC Automation, employees of Mobile Automation & Controls, Gilli, and/or persons under the control of AGC Automation, Mobile Automation & Controls, or Gilli downloaded one or more unlicensed copies of SOLIDWORKS from the internet.

81. Upon information and belief, at least one of employees of AGC Automation, employees of Mobile Automation & Controls, Gilli, and/or persons under the control of AGC Automation, Mobile Automation & Controls, or Gilli installed or caused to be installed one or more copies of SOLIDWORKS on the Computers.

82.   During the installation process of SOLIDWORKS, a link to the License Agreement is displayed on the computer screen. A copy of the License Agreement is attached as Exhibit 2 hereto.

83.   The License Agreement states that "… installing and using [SOLIDWORKS]… will signify your agreement to be bound by these terms and conditions." Exhibit 2 at p. 2/45.

84.   At least one of employees of AGC Automation, employees of Mobile Automation & Controls, Gilli, and/or persons under the control of AGC Automation, Mobile Automation & Controls, or Gilli installed and used SOLIDWORKS on the Computers, thereby accepting to be bound by the terms and conditions of the License Agreement.

85.   One of the terms and conditions of the License Agreement is that the SOLIDWORKS software cannot be loaded or used in any computer, nor can it be copied, without a right to do so from DS SolidWorks: "You may not load or use [SOLIDWORKS] in any computer or copy it without a right to do so from DS." *Id.* at 2/45.

86.   The License Agreement gives permission to a user to install and use one (1) copy of SOLIDWORKS if the license for a single-user license of SOLIDWORKS: "If you have paid the license fee for a single-user license of [SOLIDWORKS], this Agreement permits you to install and use one (1) copy of [SOLIDWORKS] on any single computer." Id. at 3/45—4/45.

87.   Defendants did not pay the license fee for the unauthorized and unlicensed copies of SOLIDWORKS that were installed on the Computers.

88.   Therefore, Defendants do not have authorization from DS SolidWorks to launch (execute) and/or use SOLIDWORKS for the above-referenced unlicensed and unauthorized uses.

89.   Another of the terms and conditions of the License Agreement is that (i) use of SOLIDWORKS without the required lock device or authorization key provided by DS is prohibited, and (ii) the user is prohibited from taking steps to avoid or defeat the license

authorization key mechanism for controlling access to SOLIDWORKS: "DS [SolidWorks] also reserves the right to use a hardware lock device, license administration software, and/or a license authorization key to control access to [SOLIDWORKS]. You may not take any steps to avoid or defeat the purpose of any such measures. Use of [SOLIDWORKS] without any required lock device or authorization key provided by DS is prohibited." Id. at 24/45.

90.    Through its monitoring technology, DS SolidWorks detected the signature of the SolidSquad (SSQ) crack, a program used to defeat the purposes of DS SolidWorks' access control measures, on the Computers.

91.    Upon information and belief, at least one of employees of AGC Automation, employees of Mobile Automation & Controls, Gilli, and/or persons under the control of AGC Automation, Mobile Automation & Controls, or Gilli ran the SolidSquad (SSQ) crack on the Computers following the installation of SOLIDWORKS.

92.    Upon information and belief, at least one of employees of AGC Automation, employees of Mobile Automation & Controls, Gilli, and/or persons under the control of AGC Automation, Mobile Automation & Controls, or Gilli launched (executed) and/or used one or more unlicensed and unauthorized copies of SOLIDWORKS on the Computers.

93.    Upon information and belief, Gilli, AGC Automation, and Mobile Automation & Controls controlled the infringement and circumvention performed by Mobile Automation & Controls employees and/or other persons under the control of Gilli, AGC Automation, and Machine Automation & Control.

94.    Upon information and belief, Gilli, AGC Automation, and Mobile Automation & Controls derived a financial benefit from the infringement and circumvention performed by Gilli, employees of AGC Automation and/or Mobile Automation & Controls, and/or persons under the control of AGC Automation and/or Mobile Automation & Controls.

**<u>Vicarious and Contributory Liability by Gilli</u>**

95.    According to AGC Automation's filings with the Secretary of State of California, Gilli is the sole agent and manager of Alberto Gilli Consulting, LLC.

96.    According to Mobile Automation & Controls' filings with the Secretary of State of California, Gilli is the CEO, CFO, and Director of Mobile Automation & Controls.

97.

98.    Upon information and belief, as sole agent and manager Gilli is a dominant influence at AGC Automation.

99.    Upon information and belief, as the CEO, CFO, and Director of Mobile Automation & Controls, Gilli is a dominant influence at Mobile Automation & Controls.

100.    Upon information and belief, Gilli determined the policies which resulted in the infringement and circumvention by employees of AGC Automation and/or Mobile Automation & Controls, and/or persons under the control of AGC Automation and/or Mobile Automation & Controls.

101.    Upon information and belief, Gilli could have stopped the infringement and circumvention by employees of AGC Automation and/or Mobile Automation & Controls, and/or persons under the control of AGC Automation and/or Mobile Automation & Controls.

102.    Upon information and belief, Gilli controlled the infringement by employees of AGC Automation and/or Mobile Automation & Controls, and/or persons under the control of AGC Automation and/or Mobile Automation & Controls.

103.    Upon information and belief, Gilli derived a financial benefit from the infringement and circumvention by employees of AGC Automation and/or Mobile Automation & Controls, and/or persons under the control of AGC Automation and/or Mobile Automation & Controls.

104.    Upon information and belief, Gilli owned and/or provided the Computers upon which employees of AGC Automation and/or Mobile Automation & Controls, and/or

persons under the control of AGC Automation and/or Mobile Automation & Controls infringed DS SolidWorks' copyrights and circumvented its technological measures.

105.   Upon information and belief, Gilli provided the workspace within which employees of AGC Automation and/or Mobile Automation & Controls, and/or persons under the control of AGC Automation and/or Mobile Automation & Controls infringed DS SolidWorks' copyrights and circumvented its technological measures.

106.   Upon information and belief, Gilli materially contributed to the infringements by employees of AGC Automation and/or Mobile Automation & Controls, and/or persons under the control of AGC Automation and/or Mobile Automation & Controls.

107.   Upon information and belief, Gilli knew of the infringements by employees of AGC Automation and/or Mobile Automation & Controls, and/or persons under the control of AGC Automation and/or Mobile Automation & Controls, at least as early as January 17, 2025, when DS SolidWorks sent its first letter.

**Notice of Infringement to Defendants**

108.   On January 17, 2025, counsel for DS SolidWorks sent a letter, attached as Exhibit 3 hereto, to Gilli and AGC Automation, offering to resolve the unauthorized use of DS SolidWorks' SOLIDWORKS software packages on at least four machines.

109.   Between January 23, 2025 and February 3, 2025, a compliance mediator from DS SolidWorks contacted Gilli and AGC Automation in order to resolve the unauthorized use of DS SolidWorks' SOLIDWORKS software packages. No resolution was reached.

110.   On February 13, 2025, counsel for DS SolidWorks sent a second letter, attached as Exhibit 4 hereto, to Gilli and AGC Automation, again offering to resolve the unauthorized use of DS SolidWorks' SOLIDWORKS software packages.

111.   Between March 3, 2025, and April 11, 2025, counsel for DS SolidWorks contacted Gilli and AGC Automation regarding the possibility of resolving Defendants' unauthorized use of DS SolidWorks' SOLIDWORKS software packages via a series of emails. Again, no resolution was reached. Emails from this series of conversations are attached as Exhibit 5, hereto.

# COUNT I

## FEDERAL COPYRIGHT INFRINGEMENT (17 U.S.C. § 501)

112.    DS SolidWorks repeats and incorporates herein each of the preceding paragraphs.

113.    SOLIDWORKS, including SOLIDWORKS 2017, SOLIDWORKS 2020, and SOLIDWORKS 2022, is an original work of DS SolidWorks and is protectable by the copyright laws of the United States.

114.    DS SolidWorks owns all rights and title to the copyrights of SOLIDWORKS.

115.    At least one of employees of AGC Automation, employees of Mobile Automation & Controls, Gilli, and/or persons under the control of AGC Automation, Mobile Automation & Controls, or Gilli downloaded the SOLIDWORKS 2017, SOLIDWORKS 2020, and SOLIDWORKS 2022 releases of the SOLIDWORKS software to a computer storage unit, such as a hard disk drive, via the Internet, thereby creating a copy of the SOLIDWORKS software without authorization or permission from DS SolidWorks.

116.    Subsequently to downloading a copy of SOLIDWORKS, at least one of employees of AGC Automation, employees of Mobile Automation & Controls, Gilli, and/or persons under the control of AGC Automation, Mobile Automation & Controls, or Gilli installed, executed, and utilized the SOLIDWORKS software on one or more computers without authorization or permission from DS SolidWorks.

117.    At least one of employees of AGC Automation, employees of Mobile Automation & Controls, Gilli, and/or persons under the control of AGC Automation, Mobile Automation & Controls, or Gilli caused a computer to copy the SOLIDWORKS software code stored on the computer storage unit (e.g., hard disk drive) to the computer's volatile memory, e.g. random-access memory (RAM) without authorization or permission from DS SolidWorks.

118. At least one of employees of AGC Automation, employees of Mobile Automation & Controls, Gilli, and/or persons under the control of AGC Automation, Mobile Automation & Controls, or Gilli executed SOLIDWORKS on at least the above-identified Computers.

119. By making unauthorized copies of SOLIDWORKS as described above, at least one of employees of AGC Automation, employees of Mobile Automation & Controls, Gilli, and/or persons under the control of AGC Automation, Mobile Automation & Controls, or Gilli infringed and violated (directly and/or indirectly) DS SolidWorks' copyrights in SOLIDWORKS and the SOLIDWORKS Copyright Registrations, including at least DS SolidWorks' exclusive right under 17 U.S.C. § 106(1) to "reproduce the copyrighted work in copies."

120. Upon information and belief, AGC Automation, Mobile Automation & Controls, and Gilli controlled the above-described infringement of DS SolidWorks' copyrights.

121. Upon information and belief, AGC Automation, Mobile Automation & Controls, and Gilli received a direct financial benefit from the above-described infringement of DS SolidWorks' copyrights.

122. Upon information and belief, AGC Automation, Mobile Automation & Controls, and Gilli knew about the above-described infringement of DS SolidWorks' copyrights.

123. Upon information and belief, AGC Automation, Mobile Automation & Controls, and Gilli materially contributed to the above-described infringement of DS SolidWorks' copyrights.

124. The infringement and violation of DS SolidWorks' copyrights by AGC Automation, Mobile Automation & Controls, and Gilli has been knowing and willful.

125. DS SolidWorks has been damaged by the aforementioned infringement.

1

## COUNT II

2

## CIRCUMVENTION OF TECHNOLOGICAL MEASURES (17 U.S.C. § 1201)

3

4    126.   DS SolidWorks repeats and incorporates herein each of the preceding

5    paragraphs.

6    127.   SOLIDWORKS includes technological measures that effectively control

7    access to the SOLIDWORKS software, including a requirement during installation to input

8    an authorized License Key provided by DS SolidWorks to properly-license users of

9    SOLIDWORKS to "unlock" SOLIDWORKS and thereby allow the installation, subsequent

10   use of, and access to SOLIDWORKS.

11   128.   None of Defendants received an authorized License Key from DS SolidWorks

12   for the above-referenced unlicensed and unauthorized uses.

13   129.   Upon information and belief, at least one of employees of AGC Automation,

14   employees of Mobile Automation & Controls, Gilli, and/or persons under the control of

15   AGC Automation, Mobile Automation & Controls, or Gilli circumvented the technological

16   measures incorporated into SOLIDWORKS to gain access to SOLIDWORKS by avoiding,

17   bypassing, deactivating, and/or otherwise impairing such technological measures, including

18   at least during the installation of SOLIDWORKS.

19   130.   Upon information and belief, at least one of employees of AGC Automation,

20   employees of Mobile Automation & Controls, Gilli, and/or persons under the control of

21   AGC Automation, Mobile Automation & Controls, or Gilli used a SolidSquad (SSQ) crack

22   signature to avoid, bypass, deactivate, or otherwise impair such technological measures.

23   131.   By avoiding, bypassing, deactivating, or otherwise impairing the technological

24   measures to control access to SOLIDWORKS, including by avoiding, bypassing,

25   deactivating, or otherwise impairing the input of an authorized License Key, at least one of

26   employees of AGC Automation, employees of Mobile Automation & Controls, Gilli, and/or

27   persons under the control of AGC Automation, Mobile Automation & Controls, or Gilli

28   violated 17 U.S.C. § 1201 each time an unauthorized use occurred.

132.   Upon information and belief, AGC Automation, Mobile Automation & Controls, and Gilli controlled the above-described circumvention.

133.   Upon information and belief, AGC Automation, Mobile Automation & Controls, and Gilli received a direct financial benefit from the above-described circumvention.

134.   Upon information and belief, AGC Automation, Mobile Automation & Controls, and Gilli knew about the above-described circumvention.

135.   Upon information and belief, the above-described circumvention by AGC Automation, Mobile Automation & Controls, and Gilli was willful.

136.   DS SolidWorks has been damaged by the above-described circumvention.

**COUNT III**

**BREACH OF CONTRACT**

**(Massachusetts Common Law)**

137.   DS SolidWorks repeats and incorporates herein each of the preceding paragraphs.

138.   The installation of SOLIDWORKS, including at least SOLIDWORKS 2017, SOLIDWORKS 2020, and SOLIDWORKS 2022 requires the user to accept the terms and conditions of the SOLIDWORKS License Agreement. *See* Exhibit 3.

139.   At least one of employees of AGC Automation, employees of Mobile Automation & Controls, Gilli, or persons under the control of AGC Automation, Mobile Automation & Controls, or Gilli accepted the SOLIDWORKS License Agreement when they installed SOLIDWORKS 2017, SOLIDWORKS 2020, and SOLIDWORKS 2022.

140.   The License Agreement states "[i]f you have paid the license fee for a single-user license of [SOLIDWORKS], this Agreement permits you to install and use one (1) copy of [SOLIDWORKS] on any single computer." Ex. 2 at 3/45.

141.   Defendants did not pay the license fee to install SOLIDWORKS on the Computers for the above-referenced unlicensed and unauthorized uses.

142.   By installing the SOLIDWORKS software on the Computers without paying the license fee, at least one of employees of AGC Automation, employees of Mobile Automation & Controls, Gilli, and/or persons under the control of AGC Automation, Mobile Automation & Controls, or Gilli breached the License Agreement.

143.   The License Agreement states, "You may not load or use [SOLIDWORKS] in any computer or copy it without a right to do so from [DS SolidWorks]." Ex. 2 at 2/45.

144.   Defendants did not receive a right to load, use, or copy SOLIDWORKS from DS SolidWorks for the above-referenced unlicensed and unauthorized uses.

145.   At least one of employees of AGC Automation, employees of Mobile Automation & Controls, Gilli, and/or persons under the control of AGC Automation, Mobile Automation & Controls, or Gilli downloaded the SOLIDWORKS 2017, SOLIDWORKS 2020, and SOLIDWORKS 2022 releases of the SOLIDWORKS software to a computer storage unit, such as a hard disk drive, thereby creating a copy of SOLIRWORKS software without a right to do so from DS SolidWorks.

146.   Subsequent to downloading a copy of SOLIDWORKS, at least one of employees of AGC Automation, employees of Mobile Automation & Controls, Gilli, and/or persons under the control of AGC Automation, Mobile Automation & Controls, or Gilli installed, executed, and used the SOLIDWORKS software on one or more computers without a right to do so from DS SolidWorks.

147.   Each time at least one of employees of AGC Automation, employees of Mobile Automation & Controls, Gilli, and/or persons under the control of AGC Automation, Mobile Automation & Controls, or Gilli executed SolidWorks, at least one of employees of AGC Automation, employees of Mobile Automation & Controls, Gilli, and/or persons under the control of AGC Automation, Mobile Automation & Controls, or Gilli caused a computer to copy the SOLIDWORKS software code stored on the computer storage unit (e.g., hard disk drive) to the computer's volatile memory, e.g., random access memory (RAM) without a right to do so from DS SolidWorks.

148.    At least one of employees of AGC Automation, employees of Mobile Automation & Controls, Gilli, and/or persons under the control of AGC Automation, Mobile Automation & Controls, or Gilli executed SOLIDWORKS at least on the above-identified Computers.

149.    By copying SOLIDWORKS as described above, at least one of employees of AGC Automation, employees of Mobile Automation & Controls, Gilli, and/or persons under the control of AGC Automation, Mobile Automation & Controls, or Gilli breached the License Agreement by copying SOLIDWORKS without the right to do so from DS SolidWorks.

150.    By loading SOLIDWORKS onto the Computers, at least one of employees of AGC Automation, employees of Mobile Automation & Controls, Gilli, and/or persons under the control of AGC Automation, Mobile Automation & Controls, or Gilli breached the License Agreement by loading SOLIDWORKS without the right to do so from DS SolidWorks.

151.    By using SOLIDWORKS on the Computers, at least one of employees of AGC Automation, employees of Mobile Automation & Controls, Gilli, and/or persons under the control of AGC Automation, Mobile Automation & Controls, or Gilli breached the License Agreement by using SOLIDWORKS without the right to do so from DS SolidWorks.

152.    The License Agreement states: "DS [SolidWorks] also reserves the right to use a hardware lock device, license administration software, and/or a license authorization key to control access to [SOLIDWORKS]. You may not take any steps to avoid or defeat the purpose of any such measures. Use of any Offering without any required lock device or authorization key provided by DS is prohibited." Ex. 2 at 24/45.

153.    Upon information and belief, after installing SOLIDWORKS, at least one of employees of AGC Automation, employees of Mobile Automation & Controls, Gilli, and/or persons under the control of AGC Automation, Mobile Automation & Controls, or Gilli ran the SolidSquad (SSQ) crack program.

154.    Running the SolidSquad (SSQ) crack program is a step to avoid or defeat the purpose of the license authorization key to control access to SOLIDWORKS.

155.    By running the SolidSquad (SSQ) crack program, at least one of employees of AGC Automation, employees of Mobile Automation & Controls, Gilli, and/or persons under the control of AGC Automation, Mobile Automation & Controls, or Gilli breached the License Agreement.

156.    DS SolidWorks did not provide Defendants a license authorization key for the copies of SOLIDWORKS used on the Computers by at least one of employees of AGC Automation, employees of Mobile Automation & Controls, Gilli, and/or persons under the control of AGC Automation, Mobile Automation & Controls, or Gilli for the above-referenced unlicensed and unauthorized uses.

157.    The License Agreement states that it is to be governed by the law of the Commonwealth of Massachusetts. Id. at 3/45.

158.    DS SolidWorks has been damaged by the aforementioned breach.

**PRAYER FOR RELIEF**

WHEREFORE, DS SolidWorks prays for relief as follows:

A.    For a judgment determining that AGC Automation, Mobile Automation & Controls, and Alberto Gilli have infringed DS SolidWorks' copyrights in violation of 17 U.S.C. § 501;

B.    For a judgment determining that AGC Automation, Mobile Automation & Controls, and Alberto Gilli have circumvented a technological measure that controls access to the SOLIDWORKS software in violation of 17 U.S.C. § 1201;

C.    For a finding that such infringement and/or circumvention was willful;

D.    For a judgment determining that AGC Automation, Mobile Automation & Controls, and Alberto Gilli have breached the License Agreement under Massachusetts Common Law;

E.    For a judgment preliminarily and permanently enjoining and restraining AGC Automation, Mobile Automation & Controls, and Alberto Gilli, including their officers,

directors, employees, agents, and servants, and all those in active concert of participation with any of them from directly or indirectly infringing DS SolidWorks' copyrights;

F.    For a judgment awarding DS SolidWorks (i) its actual damages in an amount to be determined in excess of $75,000, (ii) any profits of AGC Automation, Mobile Automation & Controls, and Alberto Gilli, (iii) statutory damages of $150,000 per work infringed, and (iv) costs of this action including attorneys' fees as permitted pursuant to 17 U.S.C. §§ 504 and 505;

G.    For a judgment awarding DS SolidWorks (i) its actual damages in an amount to be determined in excess of $75,000, (ii) any profits of AGC Automation, Mobile Automation & Controls, and Alberto Gilli, (iii) statutory damages of $2,500 per act of circumvention, and (iv) costs of this action including attorneys' fees as permitted pursuant to 17 U.S.C. § 1203;

H.    For a judgment awarding DS SolidWorks any other damages to which it is entitled under statute or common law; and

I.    For such other and further relief as the Court deems just and proper.

## DEMAND FOR A JURY TRIAL

DS SolidWorks hereby demands a trial by jury in this action.

Dated:  October 22, 2025        HARRINGTON, FOXX, DUBROW & CANTER, LLP


                                By: /s/ EDWARD W. LUKAS, JR.
                                    EDWARD W. LUKAS, JR.
                                    *Local Counsel for Plaintiff* DASSAULT
                                    SYSTÈMES SOLIDWORKS CORPORATION

Dated:  October 22, 2025                    HARNESS, DICKEY & PIERCE PLC


By: /s/ JEREMIAH J. FOLEY
    GLENN E. FORBIS (*Pro Hac Vice pending*)
    JEREMIAH J. FOLEY (*Pro Hac Vice pending*)
    *Attorneys for Plaintiff* DASSAULT
    SYSTÈMES SOLIDWORKS
    CORPORATION