# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DASSAULT SYSTEMES SOLIDWORKS CORP., | Case No.: 25-cv-02831-H-KSC |
| Plaintiff, | **ORDER SUBMITTING PLAINTIFF'S MOTION TO STRIKE AFFIRMATIVE DEFENSES** |
| v. | |
| ALBERTO GILLI CONSULTING, LLC, d/b/a ACG Automation; MOBILE AUTOMATION & CONTROLS, INC.; and ALBERTO GILLI, | |
| Defendant. | |

On December 17, 2025, Plaintiff Dassault Systemes Solidworks Corp. filed a motion to strike affirmative defenses contained in Defendants' answer. (Doc. No. 17.) A hearing on Plaintiff's motion to strike is currently scheduled for Monday, February 9, 2026 at 10:30 a.m. The Court, pursuant to its discretion under Civil Local Rule 7.1(d)(1), determines the matter is appropriate for resolution without oral argument, submits the motion on the parties' papers, and vacates the hearing.

In addition, the Court notes that Defendants failed to file an opposition to Plaintiff's motion within the time limits set forth in Civil Local Rule 7.1(e)(2). As such, the Court grants Defendants a brief extension of time to file their opposition brief. Defendants must file their opposition by **February 17, 2026**. Plaintiff's reply brief must be filed by

25-cv-02831-H-KSC

**February 24, 2026**.

      **IT IS SO ORDERED.**

DATED: February 3, 2026

 

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

25-cv-02831-H-KSC