**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DASSAULT SYSTEMES SOLIDWORKS CORP., | Case No.: 25-cv-02831-H-KSC |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO STRIKE AFFIRMATIVE DEFENSES** |
| v. | |
| ALBERTO GILLI CONSULTING, LLC, d/b/a ACG Automation; MOBILE AUTOMATION & CONTROLS, INC.; and ALBERTO GILLI, | [Doc. No. 17.] |
| Defendant. | |

On November 25, 2025, Defendants Alberto Gilli Consulting, LLC, Mobile Automation & Controls, Inc., and Albert Gilli filed an answer to Plaintiff Dassault Systemes Solidworks Corp.'s complaint. (Doc. No. 9.) In the answer, Defendants assert nine affirmative defenses. (See id.)

On December 17, 2025, Plaintiff Dassault Systemes Solidworks Corp. filed a motion to strike the nine affirmative defenses contained in Defendants' answer. (Doc. No. 17.) On February 4, 2026, the Court took Plaintiff's motion to strike under submission. (Doc. No. 21.) On February 12, 2026, Defendants filed a non-opposition to Plaintiff's motion to strike. (Doc. No. 22.) In the non-opposition, Defendants state that they consent to the striking of the affirmative defenses at issue. (See id.)

1

In light of Defendants' non-opposition to the motion to strike and their consenting to the striking of the affirmative defenses in their answer, the Court grants Plaintiff's unopposed motion to strike. The Court strikes the nine affirmative defenses from Defendants' answer (Doc. No. 9).

**IT IS SO ORDERED.**

DATED: February 17, 2026

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

25-cv-02831-H-KSC